IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

———————————————————

ALBERT C. BLACK III, as TRUSTEE
OF PM SETTLEMENT TRUST and
SUBSTITUTE PLAINTIFF ON
BEHALF OF PENNY HAAB MOORE,
CHRISTA PETRUSA, JOSEPH
PETRUSA, THE KAREN THOMAS
FAMILY TRUST, ALBEAZUL, LLC,
JEFF WENDEL, JAMES DUDOVICK,
ADRIANA VAN HEMERT,
RICARDO YANEZ, THE ESTATE OF
MALCOM R. DILLON, JOSE
GUERRO, SHARON MILLER,
TERRY SCHACKOW, DEBRA SUE
TAYLOR, JOHN RENTERIA, DMAR
FINANCIAL CORP., JONATHON M.
HICKS, NANCY SMITHERMAN,
ANDREA LEDBETTER and TED
WILSON and others similarly situation,
and as Wind-Up Agent of PetroRock
Mineral Holdings, LLC,

      *Plaintiff*,

v.

STEFAN T. TOTH, 2X5
ENTERPRISES LIMITED
PARTNERSHIP, THE 2X5,
HOMEBOUND RESOURCES, LLC,
RESOLUTE CAPITAL PARTNERS
LTD, LLC; RESOLUTE CAPITAL
ADVISORS, LLC; RESOLUTE
CAPITAL MANAGEMENT
SERVICES, LLC; THOMAS J.
POWELL, POWELL I.P, LLC;
MOUNTAIN HIGH CAPITAL, LLC;

CASE NO. 3:23-CV-02701

———————————————————

ORDER                                         Page **1** of **4**

MOUNTAIN HIGH CAPITAL;
MANAGEMENT LLC; STRATEGIC
ENERGY ASSETS, LLC; TENACITY
HOLDING COMPANY LLC;
TIBURON HOLDINGS; RESOLUTE
CAPITAL MANAGERS, LLC; RCP-
LTD., LLC; RCMG, LLC; RESOLUTE
ENERGY CAPITAL, LLC; FOX-IP,
LLC; LOVE 2 LIVE, LLC; LOVE 2
LIVE HOLDINGS, INC.; STEFAN
TOTH FAMILY TRUST;
CONSTANTINE CAPITAL, LLC;
HOMEBOUND FINANCIAL GROUP,
LP; TED ETHEREDGE;
JACQUELINE KUIPER; CANDACE
POWELL; LEONARD TOTH;
HOMEBOUND ENERGY, LLC;
HOMEBOUND, LLC; PETROROCK
PRODUCTION HOLDINGS, LLC;
TOTH INVESTMENTS, LLC;
FELFRAN INVESTMENTS, LLC;
FRTR REALTY COMPANY, LLC;
HOMEBOUND CONSTRUCTION
SERVICES, LLC; PETROROCK
PIPELINE & SWD, LLC; TPS
ENERGY, LLC; TPS ENERGY 2,
LLC; TPS REALTY, LLC; MINERVA
MIDSTREAM, LLC; MINERVA
MIDSTREAM MANAGEMENT, LLC;
CRUDE ANC, LLC; FLINT ROCK
MARKETING, LLC; N MASTER
HOLDINGS, LLC; RIVERFRONT
MINERALS, LLC; ELM CAPITAL,
LLC; JLTH AT NORTH GP, LLC;
EDERVILLE PARK TOWNHOMES,
LLC; and MCKENNY 90
TOWNHOMES, LLC

*Defendants*.

## <u>ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE</u>

Before the Court are the following pending motions:

1. Albert C. Black's Motion to Remand, (ECF No. 13);
2. Black's Amended Motion to Remand, (ECF No. 14);
3. Black's Motion to Stay Pending Remand, (ECF No. 17);
4. Resolute Entities' Motion to Dismiss, (ECF No. 22);
5. Stefan Toth, et al.'s Motion to Dismiss, (ECF No. 24);
6. Black's Motion to Sever, (ECF No. 30);
7. Constantine Capital LLC, et al.'s Motion to Dismiss, (ECF No. 32); and
8. Powell I P LLC's Motion to Dismiss, (ECF No. 38);

In light of the above, the Court enters the following orders:

1. The Court hereby **STAYS** all proceedings in this case until it has ruled on the pending motions.

2. Furthermore—weighing the competing interests of the Parties and the Court— the Court concludes in its discretion that this action should be administratively closed during the pendency of the stay. Thus, the Court **ADMINISTRATIVELY CLOSES** this case during the pendency of the stay—pending ruling(s) on the remaining motions. (ECF Nos. 13; 14; 17; 22; 24; 30; 32; and 38). The Court reserves reopening the case to set a hearing for oral argument, as necessary.

3. Notwithstanding the above, **IT IS ORDERED THAT** the Parties may make further filings into this case only with express leave of court.

**This is not a final order.** The Clerk of the Court is **DIRECTED** to **STAY** and **ADMINISTRATIVELY CLOSE** this action (3:23-CV-02701). The Clerk shall stay—but not terminate—these motions. (ECF Nos. 13; 14; 17; 22; 24; 30; 32; and 38). The Parties shall only file motion(s) into this case upon express leave of court. The Court reserves the right to hold hearing(s) as deemed necessary on these motions. The Clerk shall transmit to the Parties a true copy of this order.

*(Signature page follows)*.

**SO ORDERED this day of September 16, 2024.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE